UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**CAPTAIN MELVIN GRESHAM**

                 **Plaintiff,**

v.                            Case No. 1:08-CV-01117 (JR)

**CHIEF CATHY LANIER, et al.**

                 **Defendant.**

## NOTICE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Assistant Attorney General Vanessa E. Atterbeary as co-counsel for the District of Columbia [1] Pursuant to Fed. R. Civ. P. 5(a), service of pleadings and all correspondence in this matter should be sent to Ms. Atterbeary at her Washington, D.C. office address below.

Dated: July 15, 2008.

                                           Respectfully submitted,

                                           PETER J. NICKLES
                                           Acting Attorney General for the District of Columbia

                                           GEORGE C. VALENTINE
                                           Deputy Attorney General, Civil Litigation Division

                                           */s/ Toni Michelle Jackson*
                                           TONI MICHELLE JACKSON [453765]
                                           Chief, General Litigation Section III

                                           */s/ Vanessa E. Atterbeary*
                                           VANESSA E. ATTERBEARY [478070]
                                           Assistant Attorney General
                                           441 Fourth Street, N.W., Suite 6S-070
                                           Washington, D.C. 20001

---

[1] Although the District has not been properly served in this matter in compliance with Fed. R. Civ. Pro. 4(j), the Office of the Attorney General has received a copy of the summons and Complaint. By filing this notice of appearance, the District does not waive proper service are reserve its right to demand proper service under the rules.

(202) 727-9624
(202) 727-3625 (fax)
Email: Vanessa.Atterbeary@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July 2008, I filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

E. Scott Frison, Jr. Esq.
Law Firm of E. Scott Frison, Jr.
1629 K. Street, NW Suite 300
Washington, D.C. 20036

/s/ Vanessa E. Atterbeary
VANESSA E. ATTERBEARY
Assistant Attorney General