UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**CAPTAIN MELVIN GRESHAM**

        **Plaintiff,**

v.                          Case No. 1:08-CV-01117 (JR)

**CHIEF CATHY LANIER, et al.**

        **Defendant.**

## NOTICE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Assistant Attorney General Sarah L. Knapp as co-counsel for the District of Columbia.[1] Pursuant to Fed. R. Civ. P. 5(a), service of pleadings and all correspondence in this matter should be sent to Ms. Knapp at her Washington, D.C. office address below.

Dated:  July 16, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Toni Michelle Jackson*
        TONI MICHELLE JACKSON [453765]
        Chief, General Litigation Section III

        */s/ Sarah L. Knapp*
        SARAH L. KNAPP [470008]
        Assistant Attorney General
        441 Fourth Street, N.W., 6th Floor

---

[1] Although the District has not been properly served in this matter in compliance with Fed. R. Civ. P. 4(j), the Office of the Attorney General has received a copy of the summons and complaint.  By filing this notice of appearance, the District does not waive proper service and reserves its right to demand proper service under the rules.

Washington, D.C. 20001
(202) 724- 6528 (office)
(202) 727-3625 (fax)
Email:  sarah.knapp@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July 2008, I filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

E. Scott Frison, Jr. Esq.
Law Firm of E. Scott Frison, Jr.
1629 K. Street, NW Suite 300
Washington, D.C. 20036


/s/
SARAH L. KNAPP
Assistant Attorney General