# THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

Captain Melvin Gresham )
4700 Main St. )
Capital Heights, MD 20743 )
    Plaintiff, )
  v. ) Case No. 1:08-cv-01117
     )
Chief Cathy Lanier, et al. )
District of Columbia Metro. Police Dept. )
300 Indiana Ave., NW )
Washington, D.C. 20001 )
    Defendants. )

## AFFIDAVIT OF SERVICE OF PROCESS

  I, Belinda Justice, do hereby swear and affirm that I am 18 years of age, and am authorized and qualified to testify as to the truth of the following facts:

  1. I was contracted by attorney, E. Scott Frison, Jr., to serve Ms. Darlene Fields[1], seven- (7) complaints, exhibits, with summons attached, for the following individuals:

    a. Chief of Police Cathy Lanier;
    b. Executive Assistant Chief Michael Fitzgerald;
    c. Assistant Chief Jose Acosta;
    d. Lt. Michael Smith;
    e. Captain Ralph W. McLean;
    f. Officer Jose L. Rodriguez;
    g. District of Columbia Metropolitan Police Department.

  2. I arrived at 441 4th Street, NW, Suite 600 South, Washington, D.C. 20001 on July 2, 2008 at 3:30 p.m. and informed the receptionist as to the documents I possessed and that I was there to serve Ms. Darlene Fields, as the resident agent for the District of Columbia and its employees identified at the complaints.

---

[1] Ms. Fields is the District of Columbia Government employee designated to receive service of process.

3. The receptionist, who sat behind secure protective glass, telephoned another as to my presence. Several minutes later an individual who identified herself as Ms Tania Robinson appeared and opened the locked door to permit my entry. I again identified myself as a process server seeking to serve Ms. Darlene Fields for the identified defendants.

4. Ms. Robinson took the pleadings and summons and went into the back area of the office. She returned several minutes later and stated she would not accept service of process for anyone other than the Attorney General. I informed Ms. Robinson that she had been served, and had accepted service for all District of Columbia Employees, she having been put on NOTICE that I was there to serve Ms. Fields and she having accepted service for Ms. Fields.

5. Ms. Robinson placed the pleadings on a table in the secured area and instructed me that if I did not retrieve the documents she would put them in the trash. I again informed Ms. Robinson that the defendant's had been served by her acceptance of the pleadings and the disposition of the documents after service was her concern.

6. I file this detailed Affidavit of Service to institutionalize the unorthodox behavior of Ms. Robinson as an employee authorized to receive service of process.

_Belinda Justice_

Subscribed and sworn to before me this _3rd_ day of _July_, 2008.

_Notary Public_

My Commission expires on: _9/27/2010_

# UNITED STATES DISTRICT COURT
## District of Columbia

Captain Melvin Gresham
4700 Main Street
Capital Heights, MD 20743

**SUMMONS IN A CIVIL CASE**

V.

Chief Cathy Lanier
DC Metro Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001  et al.

CASE 1

Case: 1:08-cv-01117
Assigned To : Robertson, James
Assign. Date : 6/27/2008
Description: General Civil

TO: (Name and address of Defendant)

DC Metro. Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001

**SERVE - Defendants via**
Denise Fields, Esq.
441 4th St., NW Ste 600 S
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Scott Frison, Jr., Esq.
1629 K St., NW Ste. 300
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUN 2 7 2008

CLERK                              DATE

(By) DEPUTY CLERK

I _____ hereby acknowledge receipt of the Summons and complaint.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Captain Melvin Gresham
4700 Main Street
Capital Heights, MD 20743

**SUMMONS IN A CIVIL CASE**

V.

Chief Cathy Lanier, ET AL
DC Metro Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001

CASE

Case: 1:08-cv-01117
Assigned To : Robertson, James
Assign. Date : 6/27/2008
Description: General Civil

TO: (Name and address of Defendant)

Chief Cathy Lanier
DC Metro Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001

SERVE - Defendants via
Denise Fields, Esq.
441 4th St., NW Ste 600 S
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Scott Frison, Jr., Esq.
1629 K St., NW Ste. 300
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUN 27 2008
DATE

(By) DEPUTY CLERK

I _____
hereby acknowledge receipt of the
Summons and complaint.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Captain Melvin Gresham
4700 Main Street
Capital Heights, MD 20743

**SUMMONS IN A CIVIL CASE**

V.

Chief Cathy Lanier
DC Metro Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001   et al

Case: 1:08-cv-01117
Assigned To : Robertson, James
Assign. Date : 6/27/2008
Description: General Civil

TO: (Name and address of Defendant)

AC Jose Acosta
DC Metro. Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001

**SERVE - Defendants via**
Denise Fields, Esq.
441 4th St., NW Ste 600 S
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Scott Frison, Jr., Esq.
1629 K St., NW Ste. 300
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            JUN 2 7 2008
CLERK                                  DATE

(By) DEPUTY CLERK

I _____ hereby acknowledge receipt of the Summons and complaint.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Captain Melvin Gresham
4700 Main Street
Capital Heights, MD 20743

**SUMMONS IN A CIVIL CASE**

V.

Chief Cathy Lanier
DC Metro Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001



CASE: Case: 1:08-cv-01117
Assigned To : Robertson, James
Assign. Date : 6/27/2008
Description: General Civil

TO: (Name and address of Defendant)

EAC Michael Fitzgerald
DC Metro. Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001

SERVE - Defendants via
Denise Fields, Esq.
441 4th St., NW Ste 600 S
Washington, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Scott Frison, Jr., Esq.
1629 K St., NW Ste. 300
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK

DATE: JUN 2 7 2008

I _____ hereby acknowledge receipt of the Summons and complaint.

# UNITED STATES DISTRICT COURT
## District of Columbia

Captain Melvin Gresham
4700 Main Street
Capital Heights, MD 20743

**SUMMONS IN A CIVIL CASE**

V.

Chief Cathy Lanier
DC Metro Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001

CASE N

Case: 1:08-cv-01117
Assigned To : Robertson, James
Assign. Date : 6/27/2008
Description: General Civil

TO: (Name and address of Defendant)

Lt. Michael Smith
DC Metro. Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001

**SERVE - Defendants via**
Denise Fields, Esq.
441 4th St., NW Ste 600 S
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Scott Frison, Jr., Esq.
1629 K St., NW Ste. 300
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                JUN 27 2008
CLERK                                      DATE

(By) DEPUTY CLERK

I _____
hereby acknowledge receipt of the Summons and complaint.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Captain Melvin Gresham
4700 Main Street
Capital Heights, MD 20743

**SUMMONS IN A CIVIL CASE**

V.

Chief Cathy Lanier
DC Metro Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001  et al

CASE

Case: 1:08-cv-01117
Assigned To : Robertson, James
Assign. Date : 6/27/2008
Description: General Civil

TO: (Name and address of Defendant)

Captain Ralph W. McLean
DC Metro. Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001

SERVE - Defendants via
Denise Fields, Esq.
441 4th St., NW Ste 600 S
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Scott Frison, Jr., Esq.
1629 K St., NW Ste. 300
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE  JUN 2 7 2008

I _____
hereby acknowledge receipt of the
Summons and complaint.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Captain Melvin Gresham
4700 Main Street
Capital Heights, MD 20743

**SUMMONS IN A CIVIL CASE**

V.

Chief Cathy Lanier
DC Metro Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001

CASE:

Case: 1:08-cv-01117
Assigned To : Robertson, James
Assign. Date : 6/27/2008
Description: General Civil

TO: (Name and address of Defendant)

Officer Jose L. Rodriguez
DC Metro. Police Dept.
300 Indiana Ave., NW
Washington, D.C. 20001

SERVE - Defendants via
Denise Fields, Esq.
441 4th St., NW Ste 600 S
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Scott Frison, Jr., Esq.
1629 K St., NW Ste. 300
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 2 7 2008

CLERK

DATE

(By) DEPUTY CLERK

I _____
hereby acknowledge receipt of the
Summons and complaint.

```
                BOWIE MAIN PO
                BOWIE, Maryland
                  207159998
                1050050715 -0095
08/29/2008    (301)860-0847    03:07:16 PM

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
                Sales Receipt
Product         Sale  Unit        Final
Description     Qty   Price       Price
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
WASHINGTON DC 20001                $2.87
Zone-1 First-Class
Large Env
12.30 oz.
  Restricted Delivery             $4.30
  Return Rcpt (Green Card)        $2.20
  Certified                       $2.70
  Label #:      70071490000188567669
                                ========
  Issue PVI:                     $12.07

WASHINGTON DC 20004                $2.87
Zone-1 First-Class
Large Env
12.30 oz.
  Restricted Delivery             $4.30
  Return Rcpt (Green Card)        $2.20
  Certified                       $2.70
  Label #:      70071490000188567652
                                ========
  Issue PVI:                     $12.07

WASHINGTON DC 20001                $2.87
Zone-1 First-Class
Large Env
12.60 oz.
  Restricted Delivery             $4.30
  Return Rcpt (Green Card)        $2.20
  Certified                       $2.70
  Label #:      70071490000188567645
                                ========
  Issue PVI:                     $12.07


Total:                            $36.21

Paid by:
MasterCard                        $36.21
  Account #:        XXXXXXXXXXXX9512
  Approval #:       040712
  Transaction #:    818
  23 902890177

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000502943110
Clerk: 21

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
****************************************
****************************************
             PICK UP A FREE
           RECYCLING ENVELOPE
  Take an envelope to recycle your inkjet
  cartri..., cell phone or small electronics
             free of charge!
****************************************
****************************************
```


UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0001 8856 7652**
Status: **Delivered**

Your item was delivered at 2:43 PM on September 2, 2008 in WASHINGTON, DC 20004.

Enter Label/Receipt Number.

Additional Details >   Return to USPS.com Home >

Go >

## Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA





UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7669**
Status: **Delivered**

Your item was delivered at 3:34 PM on September 2, 2008 in WASHINGTON, DC 20001.

Additional Details >    Return to USPS.com Home >

Enter Label/Receipt Number.

Go >

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 8856 7645**
Status: **Arrival at Unit**

Your item arrived at 6:33 AM on September 3, 2008 in WASHINGTON, DC 20001. Information, if available, is updated every evening. Please check again later.

Additional Details >   Return to USPS.com Home >

Enter Label/Receipt Number.

Go >

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                 9/3/2008